| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Edward**<br>First name<br><br>**E.**<br>Middle name<br><br>**Varipapa**<br>Last name and Suffix (Sr., Jr., II, III) | **Maria**<br>First name<br><br>**Lisa**<br>Middle name<br><br>**Varipapa**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Edward Eugene Varipapa | Lisa Varipapa |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4881 | xxx-xx-8216 |

Debtor 1   **Edward E. Varipapa**
Debtor 2   **Maria Lisa Varipapa**

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

---

**5. Where you live**

**100 Spring Road**
**North Haven, CT 06473**
Number, Street, City, State & ZIP Code

**New Haven**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

Official Form 101         **Voluntary Petition for Individuals Filing for Bankruptcy**         page 2

Debtor 1   **Edward E. Varipapa**
Debtor 2   **Maria Lisa Varipapa**                                                         Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Edward E. Varipapa**
Debtor 2 **Maria Lisa Varipapa**

Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.  Go to Part 4.

■ Yes.  Name and location of business

**Artemis**
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1   **Edward E. Varipapa**
Debtor 2   **Maria Lisa Varipapa**                                                                                    Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of**: ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Edward E. Varipapa**
Debtor 2    **Maria Lisa Varipapa**            Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**
☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Edward E. Varipapa**            **/s/ Maria Lisa Varipapa**
**Edward E. Varipapa**                **Maria Lisa Varipapa**
Signature of Debtor 1                Signature of Debtor 2

Executed on    **February 28, 2019**        Executed on    **February 28, 2019**
            MM / DD / YYYY                           MM / DD / YYYY

Debtor 1  **Edward E. Varipapa**
Debtor 2  **Maria Lisa Varipapa**                                            Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Neil Crane**                                    Date    **February 28, 2019**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Neil Crane ct14537**
Printed name

**Law Office of Neil Crane, LLC**
Firm name

**2679 Whitney Avenue**
**Hamden, CT 06518**
Number, Street, City, State & ZIP Code

Contact phone  **203-230-2233**            Email address  **neilcranecourt@neilcranelaw.com**

**ct14537 CT**
Bar number & State

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 7

354 Washington Avenue, LLC
Attn: President / Manager
140 North Branford Road
Branford, CT 06405


ADP
Attn: President / Manager
PO Box 12513
El Paso, TX 79912


Advanced Alarms Security System, Inc.
Attn: President / Manager
528 Washington Avenue
North Haven, CT 06473


Alyssa's Cakery
Attn: President / Manager
156 Center Street
Wallingford, CT 06492


Amenta Peter IMS
Attn: President / Manager
116 Washington Avenue
North Haven, CT 06473


American Eagle Credit Card
Attn: President / Manager
PO Box 104
Brattleboro, VT 05302-0104


American Express
Attn: President / Manager
PO Box 1270
Newark, NJ 07101-1270


Ameripride Linen & Uniform Services
Attn: President / Manager
PO Box 1390
Bemidji, MN 56619


Apollo Refrigeration
Attn: President / Manager
14 Marne Street
Hamden, CT 06514

```
Atria
Attn: President / Manager
1261 Meriden Road
Building 3
Waterbury, CT 06705


Atty. Eric Opin
Attn: President / Manager
PO Box 412
266 Broad Street, Ste. H
Milford, CT 06460


Audi Financial Services
Attn: President / Manager
PO Box 3
Hillsboro, OR 97123


Avadanian & Associates, LLC
Attn: President / Manager
281 Young Harris Street
Suite D
Blairsville, GA 30512


Bank of New York Mellon
Attn: President / Manager
3815 South West Temple
PO Box 65250
Salt Lake City, UT 84115


Berdon, Young & Margolis PC
Attn: President / Manager
350 Orange Street, 2nd Floor
New Haven, CT 06511


Biehl & Biehl Inc
Attn: President / Manager
PO Box 87410
Carol Stream, IL 60188


Brescome Barton, Inc.
Attn: President / Manager
69 Defco Park Road
North Haven, CT 06473
```

Brown & Joseph LTD
Attn: President / Manager
PO Box 59838
Schaumburg, IL 60159

Caine & Weiner
Attn: President / Manager
12005 Ford Road
Dallas, TX 75234

Caine & Weiner
Attn: President / Manager
1699 East Eoodfield Road, #360
Schaumburg, IL 60173

Can Capital
Attn: President / Manager
2015 Vaughn Road
Kennesaw, GA 30144

CAN Capital Inc.
Attn: President / Manager
2015 Vaughn Rd NW
Building 500
Kennesaw, GA 30144

Capital One
Attn:  President / Manager
PO Box 71083
Charlotte, NC 28272-1083

Citibank N.A.
Attn: President / Manager
PO Box 6500
Sioux Falls, SD 57117-6500

Citizens One
Attn: President / Manager
PO Box 42124
Providence, RI 02940-2124

Colonial Restaurant Supply
Attn: President / Manager
225 Wallace Street
New Haven, CT 06511

Comcast Cable  
Attn: President / Manager  
PO Box 1577  
Newark, NJ 07101-1577

Connecticut Distributors, Inc.  
Attn: President / Manager  
333 Lordship Blvd.  
Stratford, CT 06615

Connecticut Pest Elimination  
Attn: President / Manager  
273 Indian River Road  
Orange, CT 06477

Davis, Mascola & Phillips  
Attn: President / Manager  
85 Old Barnes Road  
Wallingford, CT 06492

Dichello Distributors  
Attn: President / Manager  
55 Marsh Hill Road  
Orange, CT 06477

Discover  
Attn: President / Manager  
PO Box 71084  
Charlotte, NC 28272-1084

Eder Brothers, Inc.  
Attn: President / Manager  
PO Box 26012  
West Haven, CT 06516

Edifico, LLC  
Attn: President / Manager  
1674 Whitney Avenue  
Hamden, CT 06517

Envirowash, LLC  
Attn: President / Manager  
P.O. Box 110291  
Trumbull, CT 06611

```
Falvey Linen Supply
Attn: President / Manager
88 Tolland Street
East Hartford, CT 06108


Fasano, Ippolito, Lee & Florentine, LLC
Attn: President / Manager
388 Orange Street
New Haven, CT 06511


Foxon Park Beverages, Inc.
Attn: President / Manager
103 Foxon Blvd
New Haven, CT 06513


G&G Beverage Distributors, INc.
Attn: President / Manager
207 Church Street
PO Box 4488
Wallingford, CT 06492


G.I.&J's Family Produce, LLC
Attn: President / Manager
312-313 Food Terminal Plaza
New Haven, CT 06511


GAP Card
Attn: President / Manager
PO Box 530942
Atlanta, GA 30353-0942


Gatestone & Company Internatio
Attn: President / Manager
1000 N. West St., Ste. 1200
Wilmington, DE 19801


GC Services
Attn: President / Manager
PO Box 3855
Houston, TX 77253


H.L. Page nka Palmer Latko Ledas
Attn: President / Manager
20 Tower Lane
Suite 305
Avon, CT 06001
```

```
Hafsco Howard Arnold
Attn: President / Manager
47 Railroad Avenue
West Haven, CT 06516


Halloran and Sage
Attn: President / Manager
225 Asylum Avenue
Hartford, CT 06103


Hartford Insurance
Attn: President / Manager
PO Box 194203
San Francisco, CA 94119-4203


Hartford Insurance
Attn: President / Manager
PO Box 660916
Dallas, TX 75266


Hartley & Parker Limited
Attn: President / Manager
PO Box 742
Bridgeport, CT 06604


Houses into Homes
Attn: President / Manager
41 Marshall Road
Rocky Hill, CT 06067


I.C. System Inc.
Attn: President / Manager
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164-0437


IMS
Attn: President / Manager
116 Washington Avenue, Floor3
North Haven, CT 06473


Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Law Offices of Pucin & Friedland PC
Attn: President / Manager
21210 Erwin Street, Ste. A
Woodland Hills, CA 91367


Levy Diamond Bello & Assoc. LLC
Attn: President / Manager
PO Box 352
Milford, CT 06460


Lexus Financial Services
Attn: President / Manager
PO Box 105386
Atlanta, GA 30348-5386


Liberty Mutual Insurance
Attn: President / Manager
175 Berkeley Street
Boston, MA 02116


Lisa Maturo
Attn: President / Manager
56 Sunrise Terrace
Wethersfield, CT 06109


Longhini Sausage Company
Attn: President / Manager
41 Longhini Lane
New Haven, CT 06519


McCarthy, Burgess & Wolff
Attn: President / Manager
The M & W Building
26000 Cannon Road
Bedford, OH 44146


McKenzie Becker & STevens
Attn: President / Manager
PO Box 1967
Lakeville, CT 06039


Metro Lobster and Seafood, Inc.
Attn: President / Manager
8 New England Way
Warwick, RI 02886
```

```
Mr. Cooper
f/k/a Nationstar Mortgage
Attn: President / Manager
PO Box 650783
Dallas, TX 75265


MRS Associates
Attn: President / Manager
1930 Olney Ave.
Cherry Hill, NJ 08003


Napoli Foods
Attn: President / Manager
10 Knotter Drive
Cheshire, CT 06410


Nationwide Credit Inc.
Attn: President / Manager
PO Box 26314
Lehigh Valley, PA 18002-6314


Neighborhood Music
Attn: President / Manager
100 Audubon Street
New Haven, CT 06510


North Amerian Bancard
Attn: President / Manager
250 Stephenson Highway
Troy, MI 48083


North Haven Police Dept.
Attn: President / Manager
8 Linsley Street
North Haven, CT 06473


Northland Group Inc.
Attn: President / Manager
PO Box 390905
Minneapolis, MN 55439


Notre Dame High School
Attn: President / Manager
One Notre Dame Way
West Haven, CT 06516
```

```
Rebel Interactive Group LLC
Attn: President / Manager
142 Center Street
Southington, CT 06489


RJ Mase LLC
Attn: President / Manager
1 Testa Pl, Unit 4
Norwalk, CT 06854


Sals Draft Service
Attn: President / Manager
18 Lazy Brook Road
Shelton, CT 06484


Sanitrol Septic Services LLC
Attn: President / Manager
27 Ciro Road
North Branford, CT 06471


SCGC
Attn: President / Manager
PO Box 9112
Chelsea, MA 02150-9112


Senn Visciano Canges PC
Attn: President / Manager
1700 Lincoln Street
Suite 4300
Denver, CO 80203


Southwest Recovery Service
Attn: President / Manager
15400 Knoll Trail Dr.
Dallas, TX 75248


Spinelli Bros. Baking Company
Attn: President / Manager
52 Main Street
Norwalk, CT 06854


Stacy L. Ruocco
Attn: President / Manager
44 Abrams Road
Cheshire, CT 06500
```

Star Distributors
Attn: President / Manager
460 Frontage Road
West Haven, CT 06516

State of Connecticut - DRS
Attn: President / Manager
Collections Unit - Bankruptcy
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837

State of Connecticut
Attn: President / Manager
Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109

Steve Roitman
Attn: President / Manager
100 Saint Paul Street
Suite 305
Denver, CO 80206

Sugarmann & Sugarmann
Attn: President / Manager
One Bradley Road
PO Box 3996
Woodbridge, CT 06525

TD Bank
Attn: President / Manager
2059 Springdale Road
Cherry Hill, NJ 08003

The Eagle Leasing Company
Attn: President / Manager
140 Boston Post Road
Orange, CT 06477

The Hartford Courant
Attn: President / Manager
285 Broad Street
Hartford, CT 06115

```
The Leviton Law Firm Ltd
Attn: President / Manager
3 Golf Center, Ste. 361
Hoffman Estates, IL 60169


The Wine Press
Attn: President / Manager
118 Quinnipiac Avenue
North Haven, CT 06473


Town of North Haven
Attn: President / Manager
Dept. of Public Works
18 Church Street
North Haven, CT 06473


Uline
Attn: President / Manager
12575 Uline Drive
Pleasant Prairie, WI 53158


United Illuminating Co.
Attn: President / Manager
PO Box 9230
Chelsea, MA 02150-9230


Vital Recovery Services
Attn: President / Manager
PO Box 923748
Norcross, GA 30010-3748


Webbank
Attn: President / Manager
6250 Ridgewood Road
Saint Cloud, MN 56303


Zeldes Needle & Cooper
Attn: President / Manager
PO Box 1740
Bridgeport, CT 06601


Zwicker & Associates, P.C.
Attn: President / Manager
1699 King Street #207
Enfield, CT 06082
```