# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 22, 2019

In re:

    Edward E. Varipapa

    Maria Lisa Varipapa
    Debtor*

Case Number: 19–30317 amn
Chapter: 7

The Bank of New York Mellon, F/K/A The Bank of New York as trustee for First Horizon Alternative Mortgage Securities Trust 2007–FA2
Movant(s)

v.

Edward E. Varipapa and Maria Lisa Varipapa
Barbara H. Katz, Trustee

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. §§ 362(d)(1) and (2); The Bank of New York Mellon, F/K/A The Bank of New York as trustee for First Horizon Alternative Mortgage Securities Trust 2007–FA2 (the "Movant"), filed a Motion for Relief from Stay dated March 29, 2019 (the "Motion", ECF No. 13).  After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 100 Spring Road, North Haven, Connecticut 06473, in accordance with applicable non–bankruptcy law.

Dated: April 22, 2019

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.